IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:15-CR-340-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CONSENT ORDER |
| CURTIS LENNARD MORROW, ) | IN GARNISHMENT |
| Defendant, ) | |
| THE NC RETIREMENT SYSTEMS, ) | |
| Garnishee. ) | |

The United States of America, by and through the United States Attorney's Office for the Eastern District of North Carolina, and the Defendant, Curtis Lennard Morrow, stipulate and agree to the following:

1. On March 22, 2016, a Judgment was entered charging the Defendant with Theft of Government Property, [DE-21]. Defendant was sentenced to probation for a period of three years and ordered to pay $99,656.00 in restitution and a $100.00 special assessment. The current balance owed on the judgment is $99,556.00.

2. On May 19, 2016, in an effort to collect the court-ordered restitution, the United States filed an Application for Writ of Garnishment [DE-24]. On May 20, 2016, the Clerk of Court issued a

1

Writ of Garnishment [DE-25].

3. The Writ of Garnishment, directed to the Garnishee, was duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer of the Garnishee [DE-27] on June 22, 2016, stating that it had in its possession monthly retirement benefits in the amount of $3,589.82, belonging to the defendant.

4. The defendant has been notified of his right to have exemptions designated and his right to a hearing. Defendant filed a Request for Hearing [DE-28] designating exempt property and to dispute the garnishment. Since filing the Request for Hearing, the issue of the garnished amount has been resolved by the defendant and the attorney for plaintiff, and a hearing will not be necessary.

5. The parties agree that the Garnishee will pay $900.00 per month to the Plaintiff, until the debt to the plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant, or until further Order of this Court.

6. In addition, Defendant agrees to begin making payments of $450.00 per month beginning December 15, 2016. The payments will remain at $450.00 per month until such time as the defendant's file is re-evaluated by the United States Attorney's Office, and/or any payment adjustments are presented to the Court.

Checks should be made payable to the: U.S. District Court and mailed to the:

        U.S. District Court
        P.O. Box 25670
        Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number DNCE515CR000340 on each check.

7. Nothing in this Consent Order prevents the plaintiff from pursuing administrative offsets, including that by the Internal Revenue Service, and the judgment defendant specifically consents to the offset. Any payments applied to this claim as a result of an offset will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

8. The judgment defendant hereby knowingly waives any rights that he may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the plaintiff shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

3

SO ORDERED, this the 19 day of July, 2016.

Terence Boyle
United States District Judge

CONSENTED TO:

JOSHUA B. ROYSTER
Assistant United States Attorney

7/18/16
DATED

CURTIS LENNARD MORROW
Defendant

7-18-16
DATED

4