UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Curtis Lennard Morrow**　　　　　　　　　　　　　　　Docket No. 5:15-CR-340-1BO

### Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Curtis Lennard Morrow, who, upon an earlier plea of guilty to 18 U.S.C. § 641, Theft of Government Property, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 22, 2016, to a term of 3 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

He has performed satisfactorily on supervision. Mr. Morrow was in a major car accident on November 4, 2016. As a result, Morrow was been paralyzed from the neck down. Morrow will likely remain in assisted living for the remainder of his life. To date, he has paid $18,200.00 and still owes $81,556.00. During supervision, he has made regular monthly payments in the amount of $900.00 due to a garnishment out of his retirement allotment that has been established with the Government and shall continue even if his term of probation is terminated. He was also ordered to complete 100 hours of community service that he is physically no longer able to do. His term of probation is set to expire on March 21, 2019.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they concur with our recommendation. The probation office is also requesting Morrows' 100 hours of community service be remitted from his court ordered conditions due to his physical inability to complete them.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　　/s/ Marla Bianco
Eddie J. Smith　　　　　　　　　　　　　　　　　Marla Bianco
Supervising U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910.354.2535
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: February 05, 2018

Curtis Lennard Morrow
Docket No. 5:15-CR-340-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  6  day of  February , 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge